IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON ALBERT LARSON,<br><br>    Defendant. | ORDER STRIKING DEADLINES AND SETTING THIS MATTER FOR CHANGE OF PLEA<br><br>Case No. 4:20-cr-00087-DN-JCB<br><br>District Judge David Nuffer |

Based upon the government's Motion to Strike Briefing Deadline and Set this Matter for Change of Plea ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's Motion[2] is GRANTED. The deadlines associated with Defendant's Motion to Suppress[3] are STRICKEN. This case is set for a change of plea hearing before Magistrate Judge Dustin B. Pead on April 1, 2021, at 2:00 p.m.

Signed this 23rd day of March, 2021.

BY THE COURT:

David Nuffer
United States District Court

---

[1] Docket no. 46, filed Mar. 22, 2021.

[2] *Id*.

[3] Docket no. 30, filed Dec. 21, 2020.